UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Civil Action Number: 16-cv-21904-FAM**

ANDRES GOMEZ,

    Plaintiff,

vs.

AMERICAN SIGNATURE, INC.,

    Defendant.

---

**NOTICE OF SETTLEMENT**

---

    Plaintiff Andres Gomez, by and through his undersigned counsel, hereby provides notice that the parties have reached a settlement and will be executing a confidential settlement agreement resolving all claims and matters in this case. Upon the execution of a confidential settlement agreement within forty-five (45) days, parties will file a stipulated motion to dismiss this action with prejudice.

    Respectfully submitted on this 5th day of December, 2016.

                                        *s/ Scott R. Dinin*
                                        Scott R. Dinin
                                        SCOTT R. DININ P.A.
                                        4200 NW 7th Avenue
                                        Miami, Florida 33127
                                        Telephone: (786) 431-1333
                                        Facsimile: (786) 513-7700
                                        Email: inbox@dininlaw.com
                                        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this this 5th day of December, 2016, the foregoing **NOTICE OF SETTLEMENT** was filed electronically using the U.S. Court's CM/ECF, which caused a copy of the same to be served electronically to:

Jacklyn J. Ford, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215
Tel: 614.464.8230
Fax: 614.719.4719
Email: jjford@vorys.com

Anne Marie Estevez (FBN 991694)
Beth S. Joseph (FBN 0062952)
Morgan, Lewis & Bockius LLP
200 South Biscayne Boulevard, Suite 5300
Miami, FL 33131-2339
Tel: 305.415.3330
Fax: 877.432.9652
Email: annemarie.estevez@morganlewis.com
Email: beth.joseph@morganlewis.com
*Attorneys for Defendant American Signature, Inc.*

*s/ Scott R. Dinin*