UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 16-21904-CIV-MORENO

ANDRES GOMEZ, on behalf of himself, and on behalf of all other individuals similarly situated,

        Plaintiff,

vs.

AMERICAN SIGNATURE, INC.,

        Defendant.
_____/

### FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the Notice of Settlement **(D.E. 18)**, filed on **December 5, 2016**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(ii). Further, all pending motions are DENIED as MOOT with leave to renew if appropriate. The Court shall retain jurisdiction for six months to enforce the settlement.

DONE AND ORDERED in Chambers at Miami, Florida, this 12th of December 2016.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record